1  Your Name: Malik M Justin

2  Address: 481 Minna St #302

3  Phone Number: (510) 414-4848

4  Fax Number: _____

5  E-mail Address: _____

6  Pro Se Plaintiff

FILED

MAY 01 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10  Malik M. Justin

11                                         Case Number  **CV25  3788**  [leave blank]

12           Plaintiff,

13       v.                              **COMPLAINT**

14  Jayceon Terrell Taylor

15                                        DEMAND FOR JURY TRIAL

16           Defendant.                   Yes ☒   No ☐

17

18  **I.    PARTIES**

19  1.  Plaintiff.  [Write your name, address, and phone number. Add a page for additional plaintiffs.]

20      Name:        Malik M Justin

21      Address:     481 Minna St #302 SF, CA 94103

22      Telephone:   _____

23

24  2.  Defendants.  [Write each defendant's full name, address, and phone number.]

25      Defendant 1:

26      Name:        Jayceon Terrell Taylor

27      Address:     _____

28      Telephone:   _____

1   Defendant 2:

2   Name: _____

3   Address: _____

4   Telephone: _____

5   Defendant 3:

6   Name: _____

7   Address: _____

8   Telephone: _____

9

10  **II.    JURISDICTION**

11  Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases

12  involving "diversity of citizenship." Check at least one box.

13  3.  My case belongs in federal court

14      ☐ under <u>federal question jurisdiction</u> because it involves a federal law or right.

15          Which federal law or right is involved?

16      _____

17      ☒ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the

18  defendants <u>and</u> the amount of damages is more than $75,000.

19

20  **III.    VENUE**

21  The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino,

22  Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma.  If one of the

23  venue options below applies to your case, this District Court is the correct place to file your lawsuit.  Check

24  the box for each venue option that applies.

25  4.  Venue is appropriate in this Court because:

26      ☒ a substantial part of the events I am suing about happened in this district.

27      ☐ a substantial part of the property I am suing about is located in this district.

28      ☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u>

1    I live in this district.

2    ☐ at least one defendant is located in this District and any other defendants are located in California.

3

4    **IV.    INTRADISTRICT ASSIGNMENT**

5    This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville.

6    First write in the county in which the events you are suing about happened, and then match it to the correct

7    division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco,

8    San Mateo, and Sonoma counties.  The San Jose division covers Monterey, San Benito, Santa Clara, Santa

9    Cruz counties.  The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino

10   counties, only if all parties consent to a magistrate judge.

11   1.  Because this lawsuit arose in ___SAN Francisco___ County, it should be assigned to the

12   ___SAN Francisco___ Division of this Court.

13

14   **V.    STATEMENT OF FACTS**

15   Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events

16   happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph,

17   starting with paragraph number 6. Use more pages as needed.

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____

26   _____

27   _____

28   _____

1   **VI.    CLAIMS**

2                          **First Claim**

3   Name the law or right violated:

4   CSL 2261A   USC - 35 - 271

5   Name the defendants who violated it:

6

7   Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You

8   do not need to make legal arguments. You can refer to your statement of facts.

9   Inffrimeny Patented Invention Make

10  Uses Offers to Sells illegally without

11  Permission Plus His threating to kill

12  And Injure along With harass

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

_____ **Claim**

2   Name the law or right violated:

3   _____

4   Name the defendants who violated it:

5   _____

6   _____

7   _____

8   _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  _____

20  _____

21  _____

22  _____

23  _____

24  _____

25  _____

26  _____

27  _____

28  _____

1

## VII.    DEMAND FOR RELIEF

State what you want the Court to do.  Depending on your claims, you may ask the Court to award you

money or order the defendant to do something or stop doing something.  If you are asking for money, you

can say how much you are asking for and why you should get that amount, or describe the different kinds of

harm caused by the defendant.

_____

_____

_____

_____

_____

_____

_____

_____

_____

## VIII.    DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 05-01-25    Sign Name: _____

Print Name: _____

Copy this page and insert it where you need additional space.

COMPLAINT

JDC TEMPLATE, UPDATED 8/2024