UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MALIK M. JUSTIN,

    Plaintiff,

v.

JAYCEON TERRELL TAYLOR,

    Defendant.

Case No. 25-cv-03788-JD

**ORDER RE REPORT AND RECOMMENDATION**

    Pro se plaintiff Malik Justin filed this action against Jayceon Terrell Taylor, a rapper performing under the stage name "the Game," along with an application to proceed in forma pauperis, on May 1, 2025. Dkt. Nos. 1, 3. Justin neither consented to nor declined magistrate judge jurisdiction, and the record does not indicate that defendant was served.

    On May 7, 2025, the magistrate judge directed Justin to show cause by May 28, 2025, why his incomplete in forma pauperis application should not be denied and why the case should not be dismissed. Dkt. No. 5. Justin did not respond to the order or otherwise communicate with the Court. On June 11, 2025, the magistrate judge filed a report and recommendation advising dismissal of the complaint for failure to prosecute, failure to comply with court orders, and failure to state a claim on which relief may be granted. Dkt. No. 6. No objections have been filed in response to this report, and the time to file objections has long passed. *See* Fed. R. Civ. P. 72(b).

    Based on the Court's independent review of the record and the magistrate judge's order, dismissal is warranted. The report and recommendation is adopted in full, and the case is dismissed without prejudice.

    **IT IS SO ORDERED.**

Dated: August 22, 2025

JAMES DONATO
United States District Judge